**H. F. SEESTEDT and LUCY M. SEESTEDT v. SOUTHERN LAUNDRY, INC., a Florida corporation, and T. L. ELVINS.**

21 So. (2nd) 142                January Term, 1945
March 2, 1945                    Special Division B
Rehearing denied March 23, 1945

*C. W. Peters* and *W. C. Kemp,* for appellants.

*Knight* and *Green* and *Underwood & Cullen* and *Wash & Ellis,* for appellees.

PER CURIAM:

This was a suit for an accounting and other relief by a minority stockholder. The chancellor personally heard a great deal of testimony and found the equities against the plaintiff and dismissed the bill.

We are unable to say there was error in his decision and the decree is affirmed.

CHAPMAN, C. J., TERRELL, BUFORD, THOMAS and ADAMS, JJ., concur.